Clayeo C. Arnold, SBN 65070
Christine M. Doyle, SBN 106865
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: cdoyle@justice4you.com

Anthony J. Poidmore, Esq., SBN 51346
**LAW OFFICES OF ANTHONY J. POIDMORE**
A Professional Law Corporation
1520 Eureka Road, Suite 101
Roseville, CA 95661
Telephone: (916) 787-1290
Facsimile: (916) 787-1293

ATTORNEYS FOR PLAINTIFF, AUDRA HODGES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRA HODGES,<br><br>  Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., et al.,<br><br>  Defendants. | Case No.: 2:14-cv-00342-JAM-DAD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PLAINTIFF'S EX PARTE APPLICATION AT DOC. 52** |

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PLAINTIFF'S EX PARTE APPLICATION AT DOC. 52 - 1

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 141 and Rule 5.2(d) of the Federal Rules of Civil |
| 2 | Procedure, the Court grants Plaintiff's request to seal without redaction all documents in |
| 3 | Plaintiff's Unopposed Ex Parte Application For An Order Setting A Status Conference |
| 4 | filed at Doc. 52. |
| 5 | It is so ORDERED. |

Date: October 27, 2015                     /s/ John A. Mendez
                                           John A. Mendez
                                           United States District Court Judge