Let Clayeo C. Arnold, SBN 65070
Christine M. Doyle, SBN 106865
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: cdoyle@justice4you.com

Anthony J. Poidmore, Esq., SBN 51346
**LAW OFFICES OF ANTHONY J. POIDMORE**
A Professional Law Corporation
1520 Eureka Road, Suite 101
Roseville, CA 95661
Telephone: (916) 787-1290
Facsimile: (916) 787-1293

Attorneys for Plaintiff, AUDRA HODGES

# UNITES STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUDRA HODGES,** | **Case No.:** 2:14-cv-00342-JAM-DAD |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL** |
| vs. | |
| **SAM'S WEST, INC., MICHAEL RODRIGUEZ and DOES 1 through 50,** | |
| Defendants. | |

1

1  IT IS HEREBY STIPULATED by the parties, Plaintiff AUDRA HODGES and Defendants SAM'S WEST, INC. and MICHAEL RODRIGUEZ and DOES 1 through 50, by and through their counsel of record, that this Court enter a dismissal of Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own fees and costs.

DATED: November 30, 2015        Respectfully submitted,

CLAYEO C. ARNOLD, A Professional Law Corporation

    /s/ Christine M. Doyle
By: _____
    CHRISTINE M. DOYLE, ESQ.
    Attorneys for Plaintiff, AUDRA HODGES

LAW OFFICES OF ANTHONY J. POIDMORE, A Professional Law Corporation

    /s/ Anthony J. Poidmore
By: _____
    ANTHONY J. POIDMORE, ESQ.
    Attorney for Plaintiff AUDRA HODGES

DATED: November 30, 2015        REED SMITH, LLP

    /s/ Kevin Whittaker
By: _____
    KEVIN WHITTAKER, ESQ.
    Attorney for Defendants, SAM'S WEST, INC.
    and MICHAEL RODRIGUEZ

1
2 **ORDER**
3
4   Pursuant to stipulation by the parties, the parties' Stipulation For Voluntary Dismissal is
5 GRANTED and this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41,
6 with each party to bear its own fees and costs. The Clerk of the Court is directed to CLOSE this
7 action.
8
9   IT IS SO ORDERED.
10
11 Dated: 12/1/2015
12
13                             /s/ John A. Mendez_____
                              Judge of the United States District Court
14                            for the Eastern District of California
15
16
17
18
19
20
21
22
23
24
25
26
27
28